## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS
## KANSAS CITY COURTHOUSE

| | |
|---|---|
| CHARLES THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 09-CV-2397 JAR/DJW |
| | ) |
| I C SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

CHARLES THORNTON ("Plaintiff"), through his attorneys, KROHN & MOSS, LTD., alleges the following against I C SYSTEMS, INC., ("Defendant"):

## INTRODUCTION

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* ("FDCPA").

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## JURISDICTION AND VENUE

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

## PARTIES

7. Plaintiff is a natural person residing in Overland Park, Johnson County, Kansas.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according to Defendant.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*.

10. Defendant is a Minnesota corporation with a business office in St. Paul, Minnesota.

11. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

## FACTUAL ALLEGATIONS

12. Defendant constantly and continuously placed calls to Plaintiff seeking and demanding payment for an alleged debt that Plaintiff does not owe.

13. Defendant placed calls Plaintiff and asks to speak to Eric Thornton.

14. On or about June 2, 2009, Plaintiff informed Defendant that he was not Eric Thornton and that Eric Thornton did not live at Plaintiff's residence.

15. Defendant instructed Plaintiff to obtain Eric Thornton's telephone number and to call Defendant back to disclose said telephone number.

16. Defendant continued to place calls to Plaintiff daily.

17. Defendant placed calls to Plaintiff and failed to leave messages if Plaintiff did not answer.

18. Plaintiff's wife, Marylyn Thornton, asked Defendant to stop calling, but Defendant's calls continued.

19. On June 26, 2009, Plaintiff sent Defendant a cease and desist letter certified mail which was received on June 29, 2009 (see Exhibit A).

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

20. Defendant violated the FDCPA based on the following:

   a. Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and/or harass Plaintiff.

   b. Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls to Plaintiff without meaningful disclosure of the caller's identity.

21. As a direct and proximate result of one or more or all of the statutory violations above Plaintiff has suffered emotional distress (see Exhibit B).

WHEREFORE, Plaintiff, CHARLES THORNTON, respectfully requests judgment be entered against Defendant, I C SYSTEMS, INC., for the following:

22. Declaratory judgment that Defendant's conduct violated the Fair Debt Collection Practices Act,

23. Statutory damages pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

24. Actual damages,

25. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*.

26. Any other relief that this Honorable Court deems appropriate.

27. Plaintiff designates Kansas City for trial.

                              RESPECTFULLY SUBMITTED,

                              By: /s/ Patrick Cuezze_____
                              Patrick Cuezze
                              Attorneys for Plaintiff
                              Krohn & Moss, Ltd.
                              10474 Santa Monica Blvd., Suite 401
                              Los Angeles, CA 90025

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, CHARLES THORNTON, demands a jury trial in this case.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, CHARLES THORNTON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, CHARLES THORNTON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

13 July 2009
Date

CHARLES THORNTON

PLAINTIFF'S COMPLAINT

# **EXHIBIT A**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES **NO**
2. Fear of answering the telephone — YES **NO**
3. Nervousness — YES **NO**
4. Fear of answering the door — YES **NO**
5. Embarrassment when speaking with family or friends — **YES** NO
6. Depressions (sad, anxious, or "empty" moods) — YES **NO**
7. Chest pains — YES **NO**
8. Feelings of hopelessness, pessimism — YES **NO**
9. Feelings of guilt, worthlessness, helplessness — YES **NO**
10. Appetite and/or weight loss or overeating and weight gain — YES **NO**
11. Thoughts of death, suicide or suicide attempts — YES **NO**
12. Restlessness or irritability — YES **NO**
13. Headache, nausea, chronic pain or fatigue — YES **NO**
14. Negative impact on my job — YES **NO**
15. Negative impact on my relationships — YES **NO**

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: _Increase in blood pressure_

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Dated: _13 July 2009_

Signed Name: _[signature]_

Printed Name: _CHARLES THORNTON_