IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | | |
|---|---|---|
| CHARLES THORNTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 2:09-cv-02397-JAR |
| vs. | ) | |
| | ) | Judge Julie A Robinson |
| I C SYSTEMS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, CHARLES THORNTON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

RESPECTFULLY SUBMITTED,

/s/ Adam C. Maxwell
Adam C. Maxwell (#24706)
Krohn & Moss, Ltd.
120 W Madison – FL 10
Chicago, IL  60602
312-578-9428

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served electronically via CM/ECF upon all counsel of record, including the following:

Justice B. King
Fisher, Patterson, Sayler & Smith, LLP - Topeka
3550 SW Fifth St.
PO Box #949
Topeka, KS 66601

Dated: January 4, 2011                                  By: /s/ Adam C. Maxwell
                                                                              Adam C. Maxwell
                                                                              Attorney for Plaintiff